# United States Court of Appeals
## For the First Circuit

---

No. 00-2479

RANDALL J. COFSKE,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

---

ERRATA

The opinion of this court issued May 13, 2002, should be amended as follows:

On page 17, line 6, replace the phrase "known at defense counsel" with the phrase "known to defense counsel".